RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
SUNETHRA MURALIDHARA
Assistant Federal Public Defender
Nevada State Bar No. 13549
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Sunethra_Muralidhara@fd.org

Attorney for Richard J. Chase

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RICHARD J. CHASE,<br><br>Defendant. | Case No. 2:10-cr-00568-GMN-PAL &<br>2:16-cr-00171-GMN-CWH<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Dayle Elieson, United States Attorney, and Daniel Cowhig, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Sunethra Muralidhara, Assistant Federal Public Defender, counsel for Richard J. Chase, that the Revocation Hearing currently scheduled on July 19, 2018 at 11:00 a.m., be vacated and continued to a date and time convenient to the Court, but no sooner than 30 days.

This Stipulation is entered into for the following reasons:

1. Defense counsel requires additional time to prepare, investigate, and discuss the case with Defendant. Additionally, defendant has two revocation proceedings pending before

this Court and potential new charges. The parties in the midst of discussing a possible global resolution and need additional time to prepare, investigate and discuss.

2. The defendant is in custody and agrees with the need for the continuance.

3. The parties agree to the continuance.

This is the first request for a continuance of the revocation hearing.

DATED this 17th day of July, 2018.

| RENE L. VALLADARES | DAYLE ELIESON |
| Federal Public Defender | United States Attorney |

*/s/ Sunethra Muralidhara*       */s/ Daniel Cowhig*
By_____    By_____
SUNETHRA MURALIDHARA      DANIEL COWHIG
Assistant Federal Public Defender      Assistant United States Attorney

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RICHARD J. CHASE,<br><br>Defendant. | Case No. 2:10-cr-00568-GMN-PAL &<br>2:16-cr-00171-GMN-CWH<br><br>**ORDER** |

IT IS ORDERED that the revocation hearing currently scheduled for Thursday, July 19, 2018 at 11:00 a.m., be vacated and continued to Thursday, August 16, 2018, at the hour of 9:30 a.m. in Courtroom 7D before Chief Judge Gloria M. Navarro.

DATED this 17 day of July, 2018.

_____
UNITED STATES DISTRICT JUDGE