# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>RICHARD J. CHASE,<br><br>　　　　Defendant. | Case Nos.  2:18-cr-250-JCM-NJK<br>　　　　　　 2:16-cr-171-JCM-CWH<br>　　　　　　 2:10-cr-568-JCM-PAL<br><br>**<u>ORDER</u>** |

　　IT IS HEREBY ORDERED that the Sentencing and Revocation Hearing currently scheduled for Wednesday, May 22, 2019 at 10:00 a.m., be continued to  June 25  , 2019 at the hour of 10:30a.m.

　　DATED May 21, 2019.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE